MARIA DORAZIO, as Administratrix of the Estate of FRANCESCO DORAZIO, Deceased, Respondent, *v.* NEW YORK TELEPHONE COMPANY, Respondent; UNITED BOTTLE SUPPLY CORPORATION, Appellant, et al., Defendants.

Submitted June 9, 1944; decided July 19, 1944.

*Fred L. Gross* and *James H. Brassel* for appellant.

No appearance for plaintiff-respondent.

*Irving W. Young* and *Ralph W. Brown* for New York Telephone Company, defendant-respondent.

Appeal as against codefendant New York Telephone Company dismissed, with costs; otherwise judgment affirmed, with costs. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.